IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

Michael Skibo #123591
(full name)    (Register No).

Plaintiff(s).

v.

Jim Arnott,
(Full name)
Melissa Howell, and
Sgt. Switzer
Defendant(s).

Case No. 16-3434-CV-S-DW-P

Defendants are sued in their (check one):
___ Individual Capacity
___ Official Capacity
✓ Both

**COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983**

I. Place of present confinement of plaintiff(s): Greene County Justice Center

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff Michael Skibo    Register No. 123591
   Address GCJC 1000 Boonville
   Springfield Mo 65802

B. Defendant Jim Arnott

   Is employed as Greene County Sheriff

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

Case 6:16-cv-03434-DW    Document 1    Filed 10/21/16    Page 1 of 6

II.

C. Melissa Howell
   Jail Lieutenant (segregation)

D. Sgt. Switzer
   Jail Sgt. (segregation)

III.   Do your claims involve medical treatment?    Yes ____   No ✓

IV.    Do you request a jury trial?                 Yes ✓    No ____

V.     Do you request money damages?                Yes ✓    No ____

       State the amount claimed?                    $ TBD / _____ (actual/punitive)

VI.    Are the wrongs alleged in your complaint continuing to occur? Yes ✓ No ____

VII.   Grievance procedures:

       A. Does your institution have an administrative or grievance procedure?
                                                    Yes ✓   No ____

       B. Have the claims in this case been presented through an administrative or grievance procedure within the institution?    Yes ____   No ✓

       C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

       _____N/A_____
       _____
       _____

       D. If you have not filed a grievance, state the reasons. Denied grievance by officer Glaser @ 1830 hrs via intercom from A-pod control to ad.seg. cell #222. 10-18-16

VIII.  Previous civil actions:

       A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case?    Yes ____   No ✓

       B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated?    Yes ✓   No ____

       C. If your answer is "Yes," to either of the above questions, provide the following information for each case.
           (1) Style: Michael Skibo v. Marty Mahy, et al.
                      (Plaintiff)              (Defendant)
           (2) Date filed: on or around 10-13-16

2

(3) Court where filed: Western District of Missouri

(4) Case Number and citation: unknown at moment

(5) Basic claim made: Due Process Violations / 8th Amendment

(6) Date of disposition: TBD

(7) Disposition: TBD Pending
(Pending) (on appeal) (resolved)

(8) If resolved, state whether for: N/A
(Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

Plaintiff currently is detained at the Greene County Justice Center. Having many legal issues pending, varying from §1983 Complaints, to Child Custody with the Missouri Children's Division, to County Small Claims Petitions, petitioner requires more than the allotment of three (3) legal mailings each week, which is the policy of the GCJC. Plaintiff submitted request forms to both Defendant #'s 2 and 3 requesting additional indigent supplies and was told in writing "Denied. You may get a court order for additional legal supplies." This leaves Plaintiff with a total of three (3) #10 envelopes and six (6) sheets of lined paper to conduct any/all legal business, per week, respectively (emphasis added).

B. State briefly your legal theory or cite appropriate authority:

Plaintiff asserts that Def #1 is liable as the Sheriff of Greene Co. as "supervisory personnel", failing to remedy a continual constitutional violation after learning of same. Def's #2 and 3 have denied and/or limited Plaintiff's federally protected right to have access to courts, in that Plaintiff currently represents himself in two (2) County civil actions, an action in the Polk County Children's Division, and three (3) §1983 Complaints. The indifference toward Plaintiff due to indigency is unconstitutional and unjust.

3

Case 6:16-cv-03434-DW   Document 1   Filed 10/21/16   Page 4 of 6

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

*equitable relief*

Punitive damages, ~~declaratory~~, compensatory damages in an amount deemed suitable. Revision of GCJC indigent mailing policy, pretrial order granting Petitioner unlimited legal mailings each week and/or an amount sufficient to the court as well as issuance of necessary supplies.

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. Stefan Daly, Lee Langford, Preston Barnhart

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action? Yes ___ No ✓

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

N/A

C. Have you previously had a lawyer representing you in a civil action in this court? Yes ___ No ✓

If your answer is "Yes," state the name and address of the lawyer.

N/A

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this 18th day of October, 2016

*Michael Slechta*
Signature(s) of Plaintiff(s)

4



**GREENE COUNTY JUSTICE CENTER**
1000 N Boonville
Springfield MO 65802

Michael Skibo
Inmate Name

123591
Jacket #

LEGAL MAIL

Charles Evans Whittaker Courthouse
Clerk's Office
400 E. 9th St.
Kansas City, MO
64106

INDIGENT